MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
721 Ninth Street, Suite 250
Sacramento, CA 95814
(916) 447-1920; Fax: (916) 447-1940
Long_5999@msn.com

OK/HAV

Attorney for Defendant
MARIA MARFIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**MARIA MARFIL**

    Defendants.

Cr. S- 03-38 DFL

**STIPULATION TO CONTINUE SENTENCING TO JANUARY 18, 2007**

Date: 1-18-07
Time: 10:00 a.m.
Judge: Hon. David F. Levi

TO: McGREGOR W. SCOTT, U. S. Attorney, and PHILLIP FERRARI, Asst. U. S. Attorney:

    On January 9, 2007, the date presently set for defendant Marfil's sentencing, counsel for defendant will be in jury trial in Department 1 of the Sacramento County Superior Court (Judge Frawley). We therefor request that the sentencing hearing presently set for January 9, 2007, at 10:00 a.m. be continued until January 18, 2007, at 10:00 a.m.

**STIPULATION**

    The United States, through its undersigned counsel, and defendant Maria Marfil, through her undersigned counsel, hereby stipulate and agree that the court may re-set the date for the sentencing hearing from January 9, 2007, to January 18, 2007, at 10:00 a.m.

1

1  IT IS SO STIPULATED.

2  Dated:        January 5, 2007             McGREGOR SCOTT
3                                            United States Attorney
4                                            /s/ Phillip Ferrari, AUSA
                                             By Michael D. Long with Mr. Ferrari's
5                                            Approval
6

7  Dated:        January 5, 2007
8                                            /s/ Michael D. Long
                                             MICHAEL D. LONG
9                                            Attorney for Defendant
10                                           MARIA MARFIL

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
721 Ninth Street, Suite 250
Sacramento, CA 95814
(916) 447-1920; Fax: (916) 447-1940
Long_5999@msn.com

Attorney for Defendant
MARIA MARFIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA MARFIL<br><br>Defendants. | Cr. S- 03-38 DFL<br><br>**ORDER**<br><br>Date: 1-18-07<br>Time: 10:00 a.m.<br>Judge: Hon. David F. Levi |

**IT IS HEREBY ORDERED** that the sentencing hearing for Maria Marfil, currently set for January 9, 2007, at 10:00 a.m. is hereby continued to January 18, 2007, at 10:00 a.m.

DATED:   January 8, 2007

                        /s/ David F. Levi
                        Hon. David F. Levi